# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INVENTERGY LBS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DATABLAZE, LLC<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO.  1:19-cv-02448-ELR |

## **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

1. Plaintiff Inventergy LBS, LLC ("Inventergy" or "Plaintiff") files this Request for Entry of Default against Defendant Datablaze, LLC ("Datablaze" or "Defendant"), pursuant to Fed. R. Civ. P. 55(a).

2. Plaintiff filed suit against Defendant on May 29, 2019, alleging infringing of U.S. Patent No. 8,760,286 ("the '286 Patent") [Dkt# 1].

3. Defendant's registered agent was served with a copy of the summons and complaint on June 3, 2019, as shown in the Return of Service Executed filed with the Court on June 26, 2019 [Dkt.# 6].

4. Defendant's answer was due on June 24, 2019.

5. Defendant failed to file an answer or motion, or to otherwise defend this action on or before June 24, 2019.

6.	As a result, Plaintiff is entitled to entry of default pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant for failing to plead in response to the Complaint served on June 3, 2019.

Respectfully submitted, this 26th day of June, 2019.

By:  /s/*Daniel A. Kent*
Daniel A. Kent
Georgia Bar Number 415110
dankent@kentrisley.com
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022
Tel:  (404) 585-4214
Fax:  (404) 829-2412

Isaac P. Rabicoff
(to be admitted pro hac vice)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to L.R. 7.1.D of the Northern District of Georgia, that the foregoing document was prepared in 14-point Times New Roman font.

This 26th day of June, 2019.

/s/*Daniel A. Kent*
Daniel A. Kent

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Defendant with a copy of the foregoing document by First Class United States Mail addressed to Defendant's registered agent at the address below:

> Datablaze, LLC
> c/o IN CORP SERVICES INC
> 2000 RIVEREDGE PKWY NW STE 885
> ATLANTA, GA  30328

and by First Class United States Mail addressed to Defendant's principle office address listed on its Georgia Secretary of State registration:

> Datablaze, LLC
> 868 E. Riverside Drive, Suite 210
> Eagle, ID  83616

This 26th day of June, 2019.

/s/*Daniel A. Kent*
Daniel A. Kent