# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| INVENTERGY LBS, LLC, | * | |
| Plaintiff, | * | |
| v. | * | 1:19-CV-02448-ELR |
| DATABLAZE, LLC | * | |
| Defendant. | * | |

# O R D E R

On June 26, 2019, Plaintiff filed a Motion requesting entry of default against Defendant Datablaze, LLC. [Doc. 7]. The Clerk entered default against Defendant on June 27, 2019. Plaintiff has not taken any further action to prosecute this case. Accordingly, the Court **DIRECTS** Plaintiff, within fourteen (14) days from the date of entry of this order, to show cause why this case should not be dismissed for failure to prosecute. See LR 41.3, NDGa. The Court **DIRECTS** the Clerk to submit this order after expiration of the above time period.

**SO ORDERED**, this 12th day of August, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia