IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INVENTERGY LBS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DATABLAZE, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:19-cv-02448-ELR |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Inventergy LBS, LLC hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), with each party to bear its own costs, expenses and attorney fees.

This 26th day of August, 2019.

                                        */s/Daniel A. Kent*
                                        Daniel A. Kent
                                          Georgia Bar Number 415110
                                          dankent@kentrisley.com
                                          Tel: (404) 585-4214
                                          Fax: (404) 829-2412

                                        Stephen R. Risley
                                          Georgia Bar Number 606545
                                          steverisley@kentrisley.com

Tel: (404) 585-2101
Fax: (404) 389-9402

KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff